PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Feb 01, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE PERSON OF TRAVON MAURICE JACOBS, XX/XX/1989, THE PREMISES LOCATED AT 1672 DOVER AVENUE, FAIRFIELD, CALIFORNIA 94533; AND A GREY 2020 AUDI S7 VEHICLE, VIN# WAUPFAF28LN060687;<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (650) 309-9368;<br><br>THE PERSON OF TRAVON MAURICE JACOBS, XX/XX/1989, THE PREMISES LOCATED AT 1672 DOVER AVENUE, FAIRFIELD, CALIFORNIA 94533; AND A GREY 2020 AUDI S7 VEHICLE, VIN# WAUPFAF28LN060687; | **ORDER TO UN-SEAL SEARCH WARRANTS**<br><br>2:23-sw-1279 JDP<br><br><br><br><br>2:23-sw-1280 JDP<br><br>2:24-sw-0056 CKD |

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated:  February 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS